IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | PO 17-5097-M-JCL |
|---|---|
| Plaintiff, | CVB Violation No: F4864321 |
| vs. | |
| MICHELE L. BURTON, | ORDER |
| Defendant. | |

Upon motion of the United States, IT IS HEREBY ORDERED the violation notice issued in this matter is DISMISSED.

DATED this 27th day of December, 2017.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge

1